**Opinion issued December 3, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-13-00528-CV**

_____

**ATLAS GULF-COAST, INC., Appellant**

**V.**

**ROBERT E. STANFORD AND DOROTHY STANFORD, Appellees**

On Appeal from the 21st District Court
Washington County, Texas
Trial Court Case No. 33574

**MEMORANDUM OPINION**

Appellant, Atlas Gulf-Coast, Inc., has filed an agreed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.